[No. 977-3.    Division Three.    June 4, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE GILBERT TANNER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 2844, Richard G. Patrick, J., entered October 1, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1895-1.    Division One.    June 10, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GLEN MIKELS *et al., Appellants*.

Appeal from judgments of the Superior Court for King County, No. 59436, James J. Dore, J., entered August 2 and August 28, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 939-3.    Division Three.    June 11, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MARILYN COE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 3525, Horton Smith, J., entered August 24, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1155-2.    Division Two.    June 13, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EDWARD MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 43943, Hardyn B. Soule, J., entered June 26, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.